## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 04-2062 |
| ) | |
| THURSTON L. WIGGINS, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| CATERPILLAR, INC., ) | |
| ) | |
| Garnishee. ) | |

### APPLICATION FOR WRIT OF CONTINUING EARNINGS GARNISHMENT

Plaintiff, United States applies, pursuant to 28 U.S.C. § 3205, for a Writ of Continuing Earnings Garnishment upon the Judgment for an over payment of unemployment benefits for the Railroad Retirement Board in the amount of $6,824.00, against Defendant THURSTON L. WIGGINS, whose Social Security Number is XXX-XX-8913 and whose last known address is Decatur, IL 62522.

 1.  The Judgment is in the amount of $6,824.00, and post-judgment interest at the rate of 1.23% as of October 20, 2004.  The sum of $ - 0 - has been credited to the Judgment debt, leaving a total balance due of $7,018.95, as of October 20, 2004.

 2.  The United States demanded payment from the defendant; at least 30 days has elapsed since the demand; and the defendant has not paid the amount due.

 3.  The garnishee is believed to have property of the defendant being wages, salaries, commissions, and/or bonuses.  A portion of this property, that is 25% of the weekly disposable earnings each week or the amount by which the disposable earnings exceeds 30 times the federal minimum hourly wage, whichever is less, is a nonexempt interest of the defendant's pursuant to federal law.

**WHEREFORE**, the United States requests that the Clerk of the Court issue a Writ requiring the garnishee to: (1) file an answer and (2) withhold the defendant's nonexempt interest in the wages, salaries, commissions and/or bonuses pending further order of this Court.

Respectfully submitted,

**JAN PAUL MILLER**
**UNITED STATES ATTORNEY**


s/James A. Lewis
James A. Lewis, NC Bar No. 5470
Attorney for the Plaintiff
United States Attorneys Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217/492-4450
Fax: 217/492-4888
E-mail: Jim.Lewis2@usdoj.gov

**CERTIFICATE OF SERVICE**

It is hereby certified that service of the foregoing **APPLICATION** has been made upon the following individual by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

>Thurston L. Wiggins
>1030 Valleyview Ct.
>Post Office Box 553
>Decatur, Illinois 62522-0553
>
>Caterpillar, Inc.
>Attn: Payroll Department
>330 S.W. Adams, LD 4300
>Peoria, Illinois 61602

DATE: October 21, 2004

>s/James A. Lewis
>James A. Lewis, NC Bar No. 5470
>Attorney for the Plaintiff
>United States Attorneys Office
>318 S. 6th Street
>Springfield, Illinois 62701
>Tel: 217/492-4450
>Fax: 217/492-4888
>E-mail: Jim.Lewis2@usdoj.gov