**E-FILED**
Monday, 25 October, 2004  09:35:50 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) NO. 04-2062 |
| THURSTON L. WIGGINS, | ) |
| Defendant, | ) |
| CATERPILLAR, INC., | ) |
| Garnishee. | ) |

### O R D E R

The United States has applied for a Writ of Continuing Earnings Garnishment; and it appears to the Court that the requirements of 28 U.S.C. § 3205 are met and the proposed Writ conforms to the requirements of 28 U.S.C. § 3205(c)(2).

**THEREFORE IT IS ORDERED** that a Writ of Continuing Earnings Garnishment submitted by the government shall be issued.

ENTERED this 22nd day of October, 2004

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
UNITED STATES DISTRICT JUDGE