E-FILED
Thursday, 28 October, 2004  02:57:35 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) COURT NO. 04-2062 |
| | ) |
| THURSTON L. WIGGINS, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| CATERPILLAR, | ) |
| | ) |
| Garnishee. | ) |

## **AFFIDAVIT**

State of Illinois
County of Sangamon

      I, James A. Lewis, Assistant U.S. Attorney, being first duly sworn, deposes and says that:

      I served the Writ of Continuing Earnings Garnishment on THURSTON L. WIGGINS, Defendant, on the 28TH day of October, 2004 by placing the Writ in the United States mail, postage prepaid, addressed to THURSTON L. WIGGINS, Decatur, IL 62522, along with the following attachments:

1. Clerk's Notice of Post Judgment Earnings Garnishment.
2. Instructions to Garnishee (including Answer).
3. Instructions to the Defendant.
4. Application for Writ & Memorandum of Law
5. Order of Writ.

      Respectfully submitted,

By:   s/James A. Lewis
     James A. Lewis, NC Bar No. 5470
     United States Attorneys Office
     318 S. 6th Street
     Springfield, IL 62701
     Phone: 217/492-4450
     Fax: 217/492-4888
     E-mail: Jim_Lewis2@usdoj.gov

2

Pursuant to Title 28, Section 1746, I, James A. Lewis, Assistant U.S. Attorney, declare under penalty of perjury that the foregoing is true and correct.

DATED:   October 28, 2004

|  |  |
|---|---|
|  | s/James A. Lewis |
| By: | James A. Lewis, Bar No. 5470 |
|  | United States Attorneys Office |
|  | 318 S. 6th Street |
|  | Springfield, IL 62701 |
|  | Phone: 217/492-4450 |
|  | Fax: 217/492-4888 |
|  | Email: Jim_Lewis2@usdoj.gov |

3

**CERTIFICATE OF SERVICE**

It is hereby certified that service of the foregoing **A F F I D A V I T** , has been made by placing in the United States mail, postage prepaid, addressed to:

>Thurston L. Wiggins
>Post Office Box 553
>Decatur, Illinois 62522-0553
>
>Caterpillar
>Attn: Legal Services Division
>100 N. E. Adams
>Peoria, Illinois 61629-6620

October 28, 2004

>s/James A. Lewis
>James A. Lewis, NC Bar No. 5470
>Attorney for the Plaintiff
>United States Attorneys Office
>318 S. 6th Street
>Springfield, Illinois 62701
>Tel: 217/492-4450
>Fax: 217/492-4888
>E-mail: Jim.Lewis2@usdoj.gov