E-FILED
Thursday, 18 November, 2004  02:46:20 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | NO. 04-2062 |
| THURSTON L. WIGGINS, | ) | |
| Defendant, | ) | |
| CATERPILLAR, | ) | |
| Garnishee. | ) | |

## CERTIFICATE OF SERVICE

The Writ of Continuing Earnings Garnishment and the following Documents were served upon the Garnishee by Certified Mail No. 7002 0460 0002 1879 6271, on October 29, 2004. (See Exhibit A):

1. Clerk's Notice of Post Judgment Garnishment.
2. Instructions to Garnishee (including Answer)
3. Instructions to Defendant.
4. Application for Writ (including Memorandum).
5. Order of Writ.

Respectfully submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY

By:   s/James A. Lewis
James A. Lewis, NC Bar No. 5470
Attorney for the Plaintiff
United States Attorneys Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217/492-4450
Fax: 217/492-4888
E-mail: Jim.Lewis2@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **CERTIFICATE OF SERVICE**,

has been placed in the United States mail addressed to:

    Thurston L. Wiggins
    Post Office Box 553
    Decatur, Illinois 62522-0553

    Caterpillar
    Attn: Legal Services Division
    100 N. E. Adams
    Peoria, Illinois 61629-6620

DATE: November 18, 2004

                s/James A. Lewis
By:    James A. Lewis, NC Bar No. 5470
       Attorney for the Plaintiff
       United States Attorneys Office
       318 S. 6th Street
       Springfield, Illinois 62701
       Tel: 217/492-4450
       Fax: 217/492-4888
       E-mail: Jim.Lewis2@usdoj.gov