**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Caterpillar
   Attn: Legal Services Division
   100 N.E. Adams
   Peoria, IL 61629-6620

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  -KEMPER EXPRESS, INC.  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)  SCOTT MANDRELL   C. Date of Delivery  10-29-04
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail       ☐ Express Mail
   ☐ Registered           ☒ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7002 0460 0002 1879 6271

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-0835

MAB/FLU (Wiggins) 2004Z00133/001

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

UNITED STATES ATTORNEY
600 E. MONROE ST., RM. 312
SPRINGFIELD, ILLINOIS 62701
ATTN: FINANCIAL LITIGATION UNIT /MAB

03

**EXHIBIT A**