E-FILED
Tuesday, 07 December, 2004 12:09:13 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | NO. 04-2062 |
| THURSTON L. WIGGINS, ) | |
| Defendant, ) | |
| CATERPILLAR, INC., ) | |
| Garnishee. ) | |

FILED
DEC 06 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

### ANSWER OF THE GARNISHEE

1.  **IF GARNISHEE IS AN INDIVIDUAL:**

    That he/she is Garnishee herein doing business in the name of _____.

    **IF GARNISHEE IS A PARTNERSHIP:**

    That he/she is a member of a partnership in the name of _____.

    **IF GARNISHEE IS A CORPORATION:**

    That he/she is the (State Official Title) _Caterpillar Inc_ of Garnishee, a corporation organized under the laws of the State of _Illinois_.

2.  The address of the Garnishee is _100 NE Adams St., Peoria, IL, 61629_.

3.  The Garnishee was served with the Writ of Continuing Garnishment on _10/29/04_ (Date).

4.  For the pay period in effect on this date of service:

    A. The garnishee owes or will owe the defendant compensation for personal services whether denominated as wages, salary, commission, bonus or otherwise and includes periodic payments pursuant to a pension or retirement programs.     ✓ Yes __ No

If yes, indicate type of compensation owed.

    B. Indicate the payment periods: ✓ weekly, ___ bi-weekly, ___ semi-monthly, ___ monthly.

    C. State when the present payment period began: 11/1/04 (Date) and ends 11/7/04 (Date).

(The present pay period is the pay period in which this Order and Notice of Garnishment were served)

    D. Enter the total amount of payment due and Calculate below:

| | | |
|---|---|---|
| (1) Total Payment | $ | 484.80 |
| (2) Federal income tax | $ | |
| (3) F.I.C.A. | $ | |
| (4) State income tax | $ | 87.52 |
| (5) Other required and specify | $ | 60.00 |
| Total of required withholdings | $ | 147.52 |
| Disposable earnings | $ | 337.28 |

5. Are there any previous garnishments in effect:

    ✓ Yes ___ No

If the answers is yes, describe the type of garnishment, amount and when it finalizes:

Child Support - $60.00 /wk

-2-

6. Garnishee anticipates owing to the judgment debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $_____ | _____ |
| 2. $_____ | _____ |
| 3. $_____ | _____ |
| 4. $_____ | _____ |

7. If you deny that you hold property subject to this order of garnishment, or assert an exemption or set-off, check the applicable line below and state the specifics.

___ The Garnishee makes the following claim of exemption on the part of defendant: _____
_____NA_____
_____

___ The Garnishee has the following objections, defenses, set-offs to Plaintiff's right to apply Garnishee's indebtedness to defendant upon Plaintiff's claim:
_____NA_____
_____

___ The Garnishee is not indebted or under liability to the defendant to pay any compensation; the Garnishee did not have in his/her possession or control any property belonging to the defendant, or in which the Garnishee has an interest; and the Garnishee is in no manner liable as Garnishee in this action.
_____NA_____
_____
_____

-3-

8. On 11/30/04, the Garnishee mailed a copy of this answer by first-class mail to:

(1) Debtor Name: Thurston L. Wiggins
    at: Decatur, IL 62522

(2) The Attorney for the United States:
    U. S. Attorneys Office
    Financial Litigation Unit
    318 S. 6th Street
    Springfield, Illinois 62701

**(3) The Original to:** **U.S. District Court**
    **201 S. Vine, Rm 218**
    **Urbana, Illinois 61801**

9. I declare under penalty of perjury that the above answers are true and correct. 28 U.S.C. § 1746.

_Rosalind J Lowry_
Signature

ROSALIND Y LOWRY
Name (Printed)

CATERPILLAR INC
Address

100 NE ADAMS ST

(309) 675-1888
Telephone

Fax Number

SR LEGAL ANALYST
Relationship
(i.e. President, Treasurer, Payroll Clerk, etc.)

-4-