**E-FILED**
Tuesday, 28 December, 2004  10:00:53 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) NO. 04-2062 |
| THURSTON L. WIGGINS, | ) |
| Defendant, | ) |
| CATERPILLAR, INC., | ) |
| Garnishee. | ) |

## MOTION FOR TURNOVER ORDER

The United States moves for an order directing **CATERPILLAR, INC.** to turn over to the United States Attorney's Office, Attention: Financial Litigation Unit, 318 S. 6th St., Springfield, IL 62701, all the funds withheld from the defendant's nonexempt disposable earnings being 25% of the weekly disposable earnings each week or the amount by which the disposable earnings exceeds 30 times the federal minimum hourly wage which ever is less, from date of the receipt of the Writ of Continuing Earnings Garnishment and which the garnishee is now, or may in the future, become indebted to the defendant for payment on the monetary debts of **THURSTON L. WIGGINS** owed in this case and states as grounds the following.

1. A Writ of Earnings Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee and the Defendant;

2. Pursuant to the Writ of Earnings Garnishment, the Garnishee filed an Answer on December 6, 2004, stating that at the time of the service of the Writ he had in his possession or under his control personal property belonging to and due Defendant, and that Garnishee would be indebted to Defendant:

-2-

3.  The Defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

                Respectfully submitted,

                **JAN PAUL MILLER**
                **UNITED STATES ATTORNEY**

By:    s/James A. Lewis
        James A. Lewis, NC Bar No. 5470
        Rodger A. Heaton, Bar No. 6190908
        Attorney for the Plaintiff
        United States Attorney's Office
        318 S. 6th Street
        Springfield, Illinois 62701
        Tel: 217/492-4450
        Fax: 217-492-4888
        E-mail: Jim.Lewis2@usdoj.gov
        E-mail: Rodger.Heaton@usdoj.gov

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 04-2062 |
| | ) | |
| THURSTON L. WIGGINS, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| CATERPILLAR, INC., | ) | |
| | ) | |
| Garnishee. | ) | |

**TURNOVER ORDER FOR EARNINGS**

The Court finds that a Writ of Earnings Garnishment has been duly issued and served upon the Garnishee and the Defendant; pursuant to the Writ of Earnings Garnishment, the Garnishee filed an Answer on December 6, 2004, stating that at the time of the service of the Writ he had in his possession or under his control personal property belonging to and due Defendant, and that Garnishee would be indebted to Defendant; and the Defendant was notified of his right to a hearing and has not requested a hearing.

**WHEREFORE, IT IS ORDERED** that Garnishee:

(1) pay to the United States the defendant's non exempt interest in wages, salary, commissions or bonuses to the **"U.S. Department of Justice",** referencing the Court No. 04-2062 on the payment, and mail it to the **United States Attorney's Office, Attn: Financial Litigation Unit, 318 S. 6th Street, Springfield, IL 62701**;

(2) continue to withhold the Defendant's nonexempt interest in wages, salary, commissions and/or bonuses being 25% of the disposable earnings each week or the amount by which the disposable earnings exceeds 30 times the federal minimum hourly wage, whichever is less; and

-2-

(3) pay that amount monthly to the United States government until the debt is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the defendant or until further Order of this Court.

ENTERED: _____.

MICHAEL P. MC CUSKEY
UNITED STATES DISTRICT JUDGE

-3-

**CERTIFICATE OF SERVICE**

It is hereby certified that service of the foregoing **MOTION FOR TURNOVER ORDER, AND PROPOSED ORDER** have been placed in the United States mail addressed to:

Thurston L. Wiggins
1030 Valleyview Ct.
Post Office Box 553
Decatur, Illinois 62522-0553

Caterpillar, Inc.
Attn: Legal Services Division
100 N.E. Adams Street
Peoria, Illinois 61629-6620

December 28, 2004

By:
s/James A. Lewis
James A. Lewis, NC Bar No. 5470
Rodger A. Heaton, Bar No. 6190908
Attorney for the Plaintiff
United States Attorney's Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217/492-4450
Fax: 217/492-4888
E-mail: Jim.Lewis2@usdoj.gov
E-mail: Rodger.Heaton@usdoj.gov