**E-FILED**
Tuesday, 24 January, 2006  11:09:51 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 04-2062 |
| | ) | |
| THURSTON L. WIGGINS, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| CATERPILLAR, INC., | ) | |
| | ) | |
| Garnishee. | ) | |

**ANNUAL ACCOUNTING OF EARNINGS GARNISHMENT**

The United States, pursuant to 28 U.S.C. §3205(c)(9)(A), makes the following annual

accounting on the Writ of Earnings Garnishment issued by this Court on October 25, 2004:

1. Amount collected from January 5, 2005 through January 19, 2006: $5,394.83.

2. As of January 24, 2006,  the balance remaining on the judgment is $1,698.64.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

DATE:  January 24, 2006

s/James A. Lewis
James A. Lewis, NC Bar No. 5470
Attorney for the Plaintiff
United States Attorneys Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888
E-mail: Jim.Lewis2@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **ANNUAL ACCOUNTING** on January 24, 2006, has been made upon the following individual by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

Caterpillar, Inc.
Attn: Legal Services Division
100 N.E. Adams
Peoria, IL 61629-7310

Thurston L. Wiggins
1030 Valley View Ct.
Decatur, IL 62522

s/James A. Lewis
James A. Lewis, NC Bar No. 5470
Attorney for the Plaintiff
United States Attorneys Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888
E-mail: Jim.Lewis2@usdoj.gov