IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) COURT NO. 04-2062 |
| | ) |
| THURSTON L. WIGGINS, | ) |
| | ) |
| Defendant. | ) |

## SATISFACTION OF JUDGMENT

The Judgment in the above-entitled case has been paid in full or otherwise settled through compromise, therefore the Clerk of the United States District Court for the Central District of Illinois is authorized and empowered to satisfy and cancel the Judgment of record.

        Respectfully submitted,

        RODGER A. HEATON
        UNITED STATES ATTORNEY

DATED: February 21, 2007

        s/Elizabeth L. Collins
        Elizabeth L. Collins, Bar No. 487864
        Attorney for the Plaintiff
        United States Attorney's Office
        318 S. 6th Street
        Springfield, Illinois 62701
        Tel: 217-492-4450
        Fax: 217-492-4888
        E-mail: Beth.Collins@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **SATISFACTIOIN w**as mailed on February 21, 2007, to the following individual(s) by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

>Thurston L. Wiggins
>1030 Valley View Ct.
>Decatur, IL 62522
>
>Caterpillar
>Attn: Diane Losey
>100 N.E. Adams
>Peoria, Illinois 61629-7310

February 21, 2007

>s/Elizabeth L. Collins
>Elizabeth L. Collins, Bar No. 487864
>Attorney for the Plaintiff
>United States Attorney's Office
>318 S. 6th Street
>Springfield, Illinois 62701
>Tel: 217-492-4450
>Fax: 217-492-4888
>E-mail: Beth.Collins@usdoj.gov