## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THURSTON L. WIGGINS, )<br>)<br>Defendant, )<br>)<br>CATERPILLAR, )<br>)<br>Garnishee. ) | NO. 04-2062 |

**FINAL ACCOUNTING OF EARNINGS GARNISHMENT**

The United States, pursuant to 28 U.S.C. §3205(c)(9)(B), makes the following final accounting on the Writ of Earnings Garnishment issued by this Court on October 25, 2004:

1. Amount collected between February 1, 2006 through February 20, 2007: $1,702.00 for a total amount collected of $7,096.83.

2. The garnishment was terminated because debt has been satisfied.

Furthermore, within 10 days from the receipt of this accounting, the defendant and/or the garnishee may file a written objection to the accounting stating the grounds for the objection, and request a hearing.

                Respectfully submitted,

                RODGER A. HEATON
                UNITED STATES ATTORNEY

DATE: February 21, 2007        s/Elizabeth L. Collins
                Elizabeth L. Collins, Bar # 487864
                Attorney for Plaintiff
                United States Attorney's Office
                318 S. 6th Street
                Springfield, Illinois 62701
                Tel: 217-492-4450
                Fax: 217-492-4580
                E-mail: Beth.Collins@usdoj.gov

- 2 -

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **FINAL ACCOUNTING** has this February 21, 2007, been made upon the following individual by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

> Thurston L. Wiggins
> 1030 Valley View Ct.
> Decatur, IL 62522
>
> Caterpillar
> Attn: Diane Losey
> 100 N.E. Adams
> Peoria, Illinois 61629-7310

> RODGER A. HEATON
> UNITED STATES ATTORNEY
>
>
> s/Elizabeth L. Collins
>       Elizabeth L. Collins, Bar No. 487864
> Attorney for the Plaintiff
> United States Attorney's Office
> 318 S. 6th Street
> Springfield, Illinois 62701
> Tel: 217-492-4450
> Fax: 217-492-4888
> E-mail: Beth.Collins@usdoj.gov